IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 4:25-mj-49 (AGH)

ANTHONY COX

_____

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### (DISORDERLY CONDUCT)

That on or about March 14, 2025, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **ANTHONY COX** did unlawfully act in violent and tumultuous manner toward another person whereby such person was placed in reasonable fear of the safety of such person's life, limb, or health; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 16-11-39.

**COUNT TWO**
**(FOLLOWING TOO CLOSELY)**

That on or about March 14, 2025, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **ANTHONY COX** did, while driving a motor vehicle, unlawfully follow another vehicle more closely than was reasonable and prudent, resulting in a traffic collision; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-49.

C. SHANELLE BOOKER
ACTING UNITED STATES ATTORNEY

/s/ Thomas J. Stackhouse
Thomas J. Stackhouse
Special Assistant United States Attorney
Office of the Staff Judge Advocate
6930 Morrison Avenue, Building 130
Fort Benning, Georgia, 31905
Phone: 706-325-7864
thomas.j.stackhouse4.mil@army.mil